IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>CHRISTOPHER J. AWBERY,<br><br>                Defendant. | Case Nos. 3:24-cr-00027-RRB<br>               3:21-cr-00090-RRB<br><br>**ORDER ACCEPTING AND ADOPTING GUILTY PLEA AND ADMISSIONS** |

       Before the Court, at Docket 50, is the Final Report and Recommendation Upon Plea of Guilty and Admissions to Superseding Indictment filed by the Magistrate Judge, in which it was recommended that this Court accept and adopt the Plea of Guilty that Defendant entered on October 8, 2024, to Count One of the Indictment, a violation of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm, in case number 3:24-cr-00027-SLG-KFR. The Magistrate Judge also recommended that this Court accept the admissions to Violations One through Five of the Superseding Petition for Warrant for Person under Supervised Release in case number 3:21-cr-00090-RRB-KFR. Moreover, the Magistrate Judge recommended that the Court accept Defendant's admission to Criminal Forfeiture in case number 3:24-cr-00027-SLG-KFR.

Having reviewed the aforesaid recommendations in detail, the Court hereby ACCEPTS and ADOPTS the Final Report and Recommendation and hereby enters adjudication of guilt as to both the guilty plea and the admissions and as to the Criminal Forfeiture allegation.

DATED this 3rd day of January, 2025, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge

*United States v. Awbery* Case Nos. 3:24-cr-00027-RRB; 3:21-cr-00090-RRB
Order Accepting and Adopting Guilty Plea and Admissions Page 2
Case 3:24-cr-00027-RRB-KFR     Document 43     Filed 01/03/25     Page 2 of 2